# ELECTRONIC RECORD

COA # 04-13-00530-CR          OFFENSE: INJURY TO CHILD

STYLE: OSCAR DAVID PARDO V. THE STATE OF TEXAS          COUNTY: BEXAR

COA DISPOSITION: AFFIRMED          TRIAL COURT: 379TH DISTRICT COURT

DATE: 12/17/14          Publish: NO          TC CASE #: 2011CR5260

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: OSCAR DAVID PARDO V. THE STATE OF TEXAS          CCA #: 139-15

_APPELLANT'S_ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_REFUSED,_          JUDGE: _____
DATE: 04/15/2015          SIGNED: _____  PC: _____
JUDGE: _____          PUBLISH: _____  DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____